**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN**
Philip M. Nelson
Plaintiff,

v.

Steven McMahon, Brian Flug, Zachary Joyce (Chippewa Falls PD),
Jimmy Vang, Benjamin Kipp, Cory Reeves (Eau Claire PD),
City of Chippewa Falls, City of Eau Claire
Defendants.
Case No:     25-cv-891-jdp

FILED/REC'D

2025 OCT 30  A 10: 56

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

**COMPLAINT FOR DAMAGES**
(42 U.S.C. § 1983 Civil Rights Action - Jury Demand)**
Plaintiff, Philip M. Nelson, states as follows:
PARTIES
1. Plaintiff resides at 6 W Grand Ave, Chippewa Falls, WI 54729.
2. Defendants Steven McMahon, Brian Flug, and Zachary Joyce are employed as police officers with the Chippewa Falls Police Department.
3. Defendants Jimmy Vang, Benjamin Kipp, and Cory Reeves are employed as police officers with the Eau Claire Police Department.
4. The Cities are municipal entities within the State of Wisconsin.
JURISDICTION
5. This action is brought under 42 U.S.C. § 1983 for violations of Plaintiff's rights under the United
States Constitution. Federal question jurisdiction is proper.
FACTS
6. On June 30, 2023, Defendants detained Plaintiff at his residence in Chippewa Falls, Wisconsin.
7. During the encounter, Plaintiff was not under arrest but was placed in handcuffs and subjected to physical restraint.
8. Plaintiff truthfully answered the officers' questions and repeatedly requested removal of handcuffs,
explaining he was not under arrest and posed no threat; these requests were denied.
9. Defendants read Plaintiff his rights; Plaintiff requested an attorney, but the request was denied due to
timing and/or unavailability.
10. Plaintiff also requested appointment of a guardian ad litem but was denied.
11. Plaintiff was involuntarily detained under a "Chapter 51" hold and transported to Mayo Clinic, and
then later to Mendota Mental Health Institute, suffering injury and emotional distress 12. Officers used excessive force by restraining Plaintiff without legal cause and by denying legal
process and access to counsel, violating Plaintiff's rights under the Fourth and Fourteenth Amendments.
CLAIMS
Count 1: Excessive Force (4th Amendment)
13. Defendants used unreasonably excessive force in handcuffing and detaining Plaintiff without cause.
Count 2: Deprivation of Liberty Without Due Process (14th Amendment)
14. Defendants unlawfully deprived Plaintiff of liberty without due process by denying access to counsel,
appointed representative, or judicial review during detention.
Count 3: Municipal Liability (Monell Doctrine)
15. The Cities of Chippewa Falls and Eau Claire failed to supervise/train officers, resulting in constitutional violations.
DAMAGES
16. Plaintiff suffered physical pain, emotional distress, humiliation, loss of liberty, and other damages.
PRAYER FOR RELIEF
Monetary damages in an amount to be determined at trial;
Punitive damages;
Injunctive or declaratory relief as appropriate;
Costs and such further relief as the Court deems just.
JURY DEMAND
Respectfully submitted,

Philip M. Nelson
6 W Grand Ave, Chippewa Falls, WI 54729
715-944-6247 | philn66@mail.com

Sent using the mail.com mail app

Persons Involved in the in the matter at hand:

Chippewa Falls Police Officers:

Steven McMahon  - CFPD

Brian Flug – CFPD

Zachary Joyce – CFPD


Eau Claire Police Department officers:

Jimmy Vang – ECPD

Benjamin Knopp- ECPD

Cory Reeves- ECPD


Mayo Clinic Health System- Northwest Wisconsin Region, Inc:

Shane J Vleck-P.A.-C.

Todd G Johnson- R.N.

There were 4 Security Guards as well but I feel that they had no involvement in the actions that wqas taken against me that caused personal injury to me  and feel no need to involve them unless the need for their testimony is needed for either you or I.



Philip M. Nelson

September 12, 2025

**Statement of Correction and Rights Violations**
By: Philip M. Nelson Date: September 12 , 2025 **Regarding Incident on June 30, 2023 – Mayo Clinic, Chippewa Falls, Wisconsin**
**Introduction:**I, Philip M. Nelson, respectfully submit this statement to correct significant inaccuracies in the emergency detention reports and to document the violations of my rights by law enforcement and hospital staff during my involuntary hospitalization on and following June 30, 2023.
**I. Factual Corrections:**
1. **No Threat of Violence/Weapons:**At no time did I threaten to use a gun, knife, or any other weapon. I answered truthfully when questioned about owning or possessing firearms or knives, making clear that as a convicted felon, I do not have access to guns, and that kitchen knives are common household items. The report's statement that I "said I was going to get a gun and take care of this myself" is false and not a reflection of my words or intent.
2. **Statement Misinterpreted:**When I said, "I will just take care of it myself," I was referring to my intention to rest or nap, not violence toward myself or others.
3. **Clear Request to Refuse Treatment:**I specifically and repeatedly told hospital staff and police that I did not want or consent to any medical examination, treatment, or interventions, and demanded to speak with a lawyer before any such actions were taken.
4. **Requests for Legal Counsel Ignored:**I repeatedly asked for a lawyer to be present to explain my situation and the procedures, especially after being advised of my rights. These requests were denied or dismissed without adequate explanation.
5. **Deception About Hospital Destination:**The law enforcement officers promised to take me to Sacred Heart Hospital, per my explicit request, but instead transported me to Mayo Clinic against my wishes.
6. **Use of Excessive Force and Prolonged Restraint:**Upon arrival and during my hospital stay, I was kept in handcuffs far longer than necessary—even after the immediate transport and without any behavioral justification. Additionally, I was tackled, forcibly restrained, and strapped to devices against my will, with multiple police officers restraining and injuring me.
7. **Forced Drug Administration and Invasive Care:**Hospital staff injected me with sedative(s) and took my blood without my voluntary consent or legal justification. I was not in a state of emergency or incapacity justifying such actions.
8. **Injury and Neglect:**As a direct result of excessive force, I sustained a torn meniscus in my knee, requiring surgery, and received no adequate treatment for this injury during my time at Mendota Mental Health Institute.
**II. Rights Violations (For Mediation Purposes):**
1. **Patient Right to Refuse Medical Treatment:**As an adult, I have the constitutional right to refuse unwanted medical care unless a court has determined that I lack capacity or pose an imminent risk to myself/others. Forced sedation, blood draws, and invasive interventions against my clear objections may constitute medical battery and violation of patient rights under Wisconsin law.
2. **Right to Due Process:**Under both the U.S. Constitution and Wisconsin Chapter 51, I am entitled to due process, including being informed of my rights, access to counsel, and having care and restraints be the least restrictive means possible.
3. **Freedom from Excessive Force and Unlawful Detention:**The use of force, prolonged handcuffing, and restraint when I was not violent or attempting escape violates my civil rights and could constitute false imprisonment and excessive force.

**4. Honesty in Process:**Law enforcement must not use deception to subvert a person's rights, such as promising transport to one facility and taking me to another against my will.
**Summary and Demands:**

- I request that these factual corrections and rights assertions be formally noted and considered in all present and future proceedings.
- I ask for accountability, acknowledgment of wrongdoing, and fair compensation for the physical and emotional harm I have suffered as a result of these events.
- I request full disclosure of all records, an independent review of police and hospital actions, and a commitment to policy/procedure reform to prevent future violations of patient and citizen rights.

Respectfully,
**Philip M. Nelson**
September 12, 2025